CV18907181          106503264

$ 75.    DEPOSITED

NOV 29 2018

SECURE COSTS
Cuyahoga County Clerk of Courts
Per _____ Deputy

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

FILED

2018 NOV 29 P 4: 10

CLERK OF COURTS
CUYAHOGA COUNTY

Case # 18-CV-907181
Judge John D. Sutula

Julie Anne Chinnock
Plaintiff

v.

### FIRST VERIFIED AMENDED COMPLAINT

Navient Corporation, et al
Defendants

NOW COMES plaintiff Julie Anne Chinnock, by and through counsel, and hereby alters and amends her Verified Complaint filed November 19, 2018 by adding the following language thereto as paragraphs 5(a) (page 5) and Prayer A-1, B-1, and C-1 (page 19) as herein follows. Plaintiff's counsel William F. Chinnock, Esq. being first duly sworn, who is competent to testify and whose testimony is admissible, and from whose own personal knowledge to the best of his knowledge and belief deposes and says under oath as follows:

"5(a). <u>Action for Fraud and Deceit.</u> Defendants committed fraud and deceit upon plaintiff by making knowing misrepresentations of the truth to her to induce her to act to her detriment. The misrepresentations consisted of the false claims that the defendant principals Navient Trust and DoDE own the loans they claim to own under the Complaint (paragraphs 9 and 10), and that plaintiff is indebted to them under such loans. *Black's Law Dictionary,* (8th Ed.2004) 685.

Defendants made the fraudulent or negligent misrepresentations and fraudulent inducements to plaintiff that the defendant principals are the owners of the loans they claim to own under the Complaint, and that she is indebted to them under such loans. *Isaac v. Alabanza,* 2007-Ohio-1396, para 15 (Ohio App 2007), justifying compensatory and punitive damages and reasonable attorneys fees. *Roberts v. Mason,* (1859), 10 Ohio St. 277, syllabus; *Crockett v. Robinson,* 165 Ohio St.343, syllabus 1 and 2.

The defendants (1) made the misrepresentations to plaintiff that the defendant principals own the loans they claim to own under the Complaint, and that she is indebted to them under such loans; (2) such misrepresentations are material to the transactions; (3) such misrepresentations were made falsely, knowingly, or recklessly; (4) with the intention of misleading plaintiff into a justifiable reliance on such misrepresentations; and (5) that such misrepresentations caused and continue to cause injuries to plaintiff. *Burr v. Stark,* 23 Ohio St.3d 69 (1986), syllabus 2; *Currant v. Vincent,* 175 Ohio App.3d 146, 2007-Ohio-3680.

GOVERNMENT
EXHIBIT

B

1

At a very minimum, defendants' misrepresentations were made by them recklessly, and without any knowledge of the matter, and were calculated to induce plaintiff's belief in such misrepresentations; and such misrepresentations are untrue, and thus they are fraudulent. *Parmelee v. Adolph,* 28 Ohio St. 10, syllabus 4, (1875)"

and

"A-1. Prayer. Judgment for plaintiff along with costs and reasonable attorneys fees."

and

"B-1. Prayer. Judgment for plaintiff along with costs and reasonable attorneys fees."

and

"C-1. Prayer. Judgment is rendered in favor of plaintiff Julie Anne Chinnock against defendants for damages incurred by plaintiff resulting from defendants' fraud and deceit in sums for compensatory and punitive damages in excess of $25,000 against each of the defendants plus costs and reasonable attorneys fees as determined by the jury."

Other than the above-stated additional language, plaintiff reconfirms and republishes the Verified Complaint in all respects other than those herein mentioned, and hereby publishes the First Verified Amended Complaint

FURTHER AFFIANT SAYETH NAUGHT.

/s/William F. Chinnock

JURAT

William F. Chinnock came before me, a Notary Public in and for the state of Colorado in Boulder, Colorado on the 27th day of Nov 2018 and executed this document of his own free act and will.

Notary Public

SERVICE

MICHAEL HAVILL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164040870
My Commission Expires October 26, 2020

William F. Chinnock verifies that on the 27th day of Nov 2018 he forwarded Instructions to the Clerk of the Cuyahoga County Common Pleas Court to serve copies of this document by FED/EX upon defendants.

Respectfully submitted,

William F. Chinnock, Esq. #10762
8238 Sugarloaf Road, Boulder, CO 80302
720-504-6655 // judgewfc@aol.com

**SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**

**CLEVELAND, OHIO 44113**

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV18907181 | D5 FX | 37153995 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

JULIE ANNE CHINNOCK          **PLAINTIFF**
VS

NAVIENT CORPORATION, ET AL    **DEFENDANT**

## SUMMONS

ALEX ROKAKIS, ESQ.
ASST. U.S. ATTY. UNITED STATES
COURT HOUSE
801 WEST SUPERIOR AV. #400
CLEVELAND OH 44113-0000

You have been named defendant in a sums
amended complnt (copy attached hereto) filed in
Cuyahoga County Court of Common Pleas,
Cuyahoga County Justice Center, Cleveland, Ohio
44113, by the plaintiff named herein.

You are hereby summoned and required to answer
the complaint within 28 days after service of this
summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's
Attorney (Address denoted by arrow at left.)

**Plantiff's Attorney**

WILLIAM F CHINNOCK

,

Your answer must also be filed with the court
within 3 days after service of said answer on
plaintiff's attorney.

If you fail to do so, judgment by default will be
rendered against you for the relief demanded in the
complaint.

**Case has been assigned to Judge:**

JOHN D SUTULA
**Do not contact judge. Judge's name is given for
attorney's reference only.**

**NAILAH K. BYRD**
Clerk of the Court of Common Pleas

Darlene McKinley

| DATE SENT |
|---|
| Nov 30, 2018 |

By_____
                    **Deputy**

COMPLAINT FILED    11/19/2018





December 4, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **784100061577**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | A.CORENO | **Delivery location:** | 801 W SUPERIOR AVENUE |
| | | | CLEVELAND, OH 44113 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Dec 3, 2018 10:05 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |
| | Direct Signature Required | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 784100061577 | **Ship date:** | Nov 30, 2018 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
ALEX ROKAKIS, ESQ.
ASST. U.S. ATTY. UNITED STATES COUR
801 WEST SUPERIOR AV. #400
CLEVELAND, OH 44113 US

**Shipper:**
CCoC
1200 Ontario
Cleveland, OH 44113 US

**Reference** CV18907181
**Invoice number** 37153995

Thank you for choosing FedEx.

CV18907181 / 37153995 / ROKAKIS, ESQ./ALEX/ / 2018-12-4 05:23