UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

|  |  |
|---|---|
| JULIE ANNE CHINNOCK, | : |
|  | : Case No. 1:18-cv-2935 |
| Plaintiff, | : |
|  | : |
| vs. | : JUDGMENT |
|  | : |
| NAVIENT CORPORATION, *et al.*, | : |
|  | : |
| Defendants. | : |
|  | : |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court has issued its opinions in the above-captioned matter.  For the reasons stated in those opinions, the Court **DISMISSED** the case.  Accordingly, this action is terminated under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

Dated: May 8, 2018         *s/         James S. Gwin*
                            JAMES S. GWIN
                            UNITED STATES DISTRICT JUDGE